THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@UtahADALaw.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Trevor Kelley,<br><br>         Plaintiff,<br><br>v.<br><br>Cold Stone Creamery Inc.<br>*d.b.a.* Cold Stone Creamery,<br><br>         Defendant. | Case No.: 2:17-cv-00785-BSJ<br><br>**NOTICE OF SETTLEMENT**<br><br>Assigned to Honorable Bruce S. Jenkins |

   PLEASE TAKE NOTICE that, Plaintiff, Trevor Kelley, and Defendant, Cold Stone Creamery Inc, (collectively, the "Parties"), hereby give notice that the Parties have resolved and agreed to settle this Action. As a result, the Parties anticipate filing dismissal papers within the next forty-five (45) days.

   In conformance with DUCiv.R 41-1, the Parties respectfully request the Court stay all deadlines and other matters in this Action so the Parties can finalize settlement documents.

   **RESPECTFULLY SUBMITTED** on this 3rd day of January 2018.

                              */s/ James K. Ord, III*
                              JAMES K. ORD, III
                              The Ord Firm, P.C.
                              PO Box 16266
                              Salt Lake City, UT 84116
                              Telephone: (435) 214-1433
                              *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of January 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record:

Bruce J. Boehm
JONES WALDO HOLBROOK & MCDONOUGH
1441 W UTE BLVD #330
PARK CITY, UT 84098
(801)534-7214
Email: bboehm@joneswaldo.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document*
*which is available for inspection during normal business*
*hours by the Court or a party to this action)*