FILED
2018 JAN 8 PM 3:38
CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TREVOR KELLEY,<br><br>Plaintiff,<br><br>v.<br><br>COLD STONE CREAMERY, INC.<br>*d.b.a.* COLD STONE CREAMERY,<br><br>Defendant. | Case No. 2:17-cv-00785-BSJ<br><br>**ORDER RE PLAINTIFF'S NOTICE OF SETTLEMENT**<br><br>Assigned to Honorable Bruce S. Jenkins |

This Matter comes before the Court on Plaintiff's Notice of Settlement Between Plaintiff, Trevor Kelley and Defendant, Cold Stone Creamery, Inc. ("Notice of Settlement")[1], and good cause appearing therefor,

**IT IS HEREBY ORDERED** that within forty-five (45) days, the Parties must either: (1) seek dismissal of this action; or (2) submit a joint status report regarding the status of the parties' agreement to settle this matter.

**IT IS FURTHER ORDERED** that all pending deadlines and filing requirements as to the Parties are hereby **VACATED**.

SO ORDERED this ____8th____ day of January, 2018.

BY THE COURT:

_____
HONORABLE BRUCE S. JENKINS
United States District Court Judge

---

[1] Plaintiff's Notice of Settlement, Docket No. 16, filed January 3, 2018.