THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@UtahADALaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Trevor Kelley, <br><br> Plaintiff, <br><br> v. <br><br> Cold Stone Creamery Inc. *d.b.a.* Cold Stone Creamery, <br><br> Defendant. | Case No.: 2:17-cv-00785-BSJ <br><br><br> **JOINT STATUS REPORT** <br><br><br> Assigned to Honorable Bruce S. Jenkins |

Plaintiff, Trevor Kelley, and Defendant, Cold Stone Creamery Inc, (collectively, the "Parties"), by and through undersigned counsel, hereby submit a Joint Status Report pursuant to this Court's Order of January 8, 2018, (Doc. 17). The Order asks the Parties to inform the Court of the status of Parties agreement to settle this Matter. The Parties states and provides the following:

After giving their notice of settlement, the Parties have been working diligently to finalize the settlement documents for this matter. Currently, the Parties are in the redline process of the settlement agreement and anticipate finalizing the settlement agreement within the next fourteen (14) days. Once settlement documents are finalized, the Parties will move the Court for dismissal of this Action.

WHEREFORE, it is respectfully requested that this case remain active for an additional fourteen (14) days so the Parties can finalize their settlement.

**RESPECTFULLY SUBMITTED** on this 22nd day of February 2018.

| | |
|---|---|
| */s/ James K. Ord, III* | */s/ Bruce J. Boehm* (with permission) |
| JAMES K. ORD, III | Bruce J. Boehm |
| The Ord Firm, P.C. | JONES WALDO HOLBROOK & MCDONOUGH |
| PO Box 16266 | 1441 W UTE BLVD #330 |
| Salt Lake City, UT 84116 | PARK CITY, UT 84098 |
| Telephone: (435) 214-1433 | (801)534-7214 |
| Email: james@utahadalaw.com | Email: bboehm@joneswaldo.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of February 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record:

Bruce J. Boehm
JONES WALDO HOLBROOK & MCDONOUGH
1441 W UTE BLVD #330
PARK CITY, UT 84098
(801)534-7214
Email: bboehm@joneswaldo.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document*
*which is available for inspection during normal business*
*hours by the Court or a party to this action)*