THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@UtahADALaw.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Trevor Kelley, | Case No.: 2:17-cv-00785-BSJ |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Cold Stone Creamery, Inc. *d.b.a.* Cold Stone Creamery, | |
| Defendant. | Assigned to Honorable Bruce S. Jenkins |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Trevor Kelley and Defendant, Cold Stone Creamery, Inc, hereby stipulate that the above-entitled Action be dismissed with prejudice, with each side to bear its own fees' and costs.

**RESPECTFULLY** submitted on this 17th day of April 2018.

*/s/ James K. Ord, III*
JAMES K. ORD, III, ESQ.
P.O. Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@utahADAlaw.com
*Attorney for Plaintiff*

*/s/ Bruce J. Boehm* (with permission)
Bruce J. Boehm
JONES WALDO HOLBROOK & MCDONOUGH
1441 W UTE BLVD #330
PARK CITY, UT 84098
(801)534-7214
Email: bboehm@joneswaldo.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of April 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record as follows:

Bruce J. Boehm

JONES WALDO HOLBROOK & MCDONOUGH

1441 W UTE BLVD #330

PARK CITY, UT 84098

(801)534-7214

Email: bboehm@joneswaldo.com

*Attorney for Defendant*

*/s/ Lisa Stamper\**

*(\* I certify that I have the signed original of this document*
*which is available for inspection during normal business*
*hours by the Court or a party to this action)*