FILED
2018 APR 17 PM 2:16
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TREVOR KELLEY,<br><br>Plaintiff,<br><br>v.<br><br>COLD STONE CREAMERY, INC<br>*d.b.a.* COLD STONE CREAMERY,<br><br>Defendant. | Case No. 2:17-cv-00785-BSJ<br><br>**ORDER OF DISMISSAL**<br><br>Assigned to Honoarable Bruce S. Jenkins |

This Matter, having come before the Court on the Parties Stipulation for Dismissal With Prejudice, and good cause appearing therefrom,

**IT IS HEREBY ORDERED;** this Matter is hereby **DISMISSED** with prejudice, with each party to bear its own attorney's fees' and costs.

SO ORDERED this __17th__ day of April, 2018.

BY THE COURT:

HONORABLE BRUCE S. JENKINS
United States District Court Judge